

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00336-CR

MATTHEW JANSSEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2016-410,627, Honorable William R. Eichman II, Presiding

January 7, 2026

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Matthew Janssen, proceeding pro se, appeals from the trial court's order denying his application for writ of habeas corpus. The clerk's record has been filed, but the reporter's record remains outstanding due to Appellant's failure to pay for its preparation. Now pending before the Court is Appellant's "Motion to Proceed Without Reporter's Record," in which Appellant claims to be indigent and unable to pay for the reporter's record.

Accordingly, we abate the appeal and remand the cause to the trial court to determine the following:

1.      whether Appellant still desires to prosecute this appeal;

2.      whether Appellant is indigent;

3.      whether Appellant is entitled to have the reporter's record furnished without charge pursuant to Rule of Appellate Procedure 20.2; and

4.      if Appellant is not entitled to have the reporter's record furnished without charge, the date Appellant will make acceptable payment arrangements for the reporter's record.

The trial court is also directed to enter such orders necessary to address the aforementioned questions.  So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this Court by February 6, 2026.

It is so ordered.

Per Curiam

Do not publish.